# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 99.51.1.152, <br><br> Defendant. | Case Number: 2:15-cv-02716-TLN-CKD <br><br> **ORDER ON *EX-PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Plaintiff established that "good cause" exists for it to serve a third party subpoena on AT&T Internet Services (hereinafter the "ISP"). *See UMG Recording, Inc. v. Doe*, 2008 WL 4104214, *4 (N.D. Cal. 2008); and *Arista Records LLC v. Does 1-19*, 551 F. Supp. 2d 1, 6-7 (D.D.C. 2008).

2. Plaintiff may serve the ISP with a Rule 45 subpoena commanding the ISP to provide Plaintiff with the true name and address of the Defendant to whom the ISP assigned an

1  IP address as set forth on Exhibit A to the Complaint. Plaintiff shall attach to any such
2  subpoena a copy of this Order.

3      3.    Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any
4  service provider that is identified in response to a subpoena as a provider of Internet services to
5  one of the Defendants.

6      4.    If the ISP qualifies as a "cable operator," as defined by 47 U.S.C. § 522(5),
7  which states:

8      the term "cable operator" means any person or group of persons
9  (A) who provides cable service over a cable system and directly or through one
10      or more affiliates owns a significant interest in such cable system, or
11  (B) who otherwise controls or is responsible for, through any arrangement, the
12      management and operation of such a cable system.

13  it shall comply with 47 U.S.C. § 551(c)(2)(B), which states:

14      A cable operator may disclose such [personal identifying] information if the
15      disclosure is . . . made pursuant to a court order authorizing such disclosure, if
16      the subscriber is notified of such order by the person to whom the order is
17      directed.

18  by sending a copy of this Order to the Defendant.

19      5.    Plaintiff may only use the information disclosed in response to a Rule 45
20  subpoena served on the ISP for the purpose of protecting and enforcing Plaintiff's rights as set
21  forth in its Complaint.

22  **IT IS SO ORDERED**

24  Dated: March 2, 2016

                                  Troy L. Nunley
                                  United States District Judge