# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.51.1.152,<br><br>　　　　　Defendant. | Case Number: 2:15-cv-02716-TLN-CKD<br><br>**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until June 17, 2016 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED.

Dated: March 31, 2016

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge

1